# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ASHLEY HEARD

NO. 2020 KW 0839

**NOVEMBER 09, 2020**

---

In Re:    Ashley Heard, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-13-0387.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

> **JMG**
> **PMc**
> **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT